UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| APOLLO MEDICAL, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV1380 JCH |
| | ) | (MLM) |
| KATHLEEN SEBELIUS, | ) | |
| Secretary of the United States Department | ) | |
| of Health and Human Services, | ) | |
| | ) | |
| Defendant(s). | ) | |

## JUDGMENT

In accordance with the Report and Recommendation entered April 23, 2010, and the Order entered this day, both incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 27th day of May, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE